RAYMOND H. AVER – SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

General Insolvency Counsel for
DECO ENTERPRISES, INC.
Debtor and Debtor In Possession

FILED & ENTERED

JUL 21 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA [LOS ANGELES DIVISION]**

| | |
|---|---|
| **In re:**<br><br>**DECO ENTERPRISES, INC.,**<br><br>**Debtor.** | **Case No. 2:20-bk-11846-BB**<br><br>**In Proceedings Under Chapter 11**<br><br>**Adv. No. 2:20-ap-01126-BB**<br><br>**SCHEDULING ORDER** |
| **BENJAMIN POULADIAN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DECO ENTERPRISES, INC.; CRAIG ALLEN; AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>**Defendants.** | **Date: July 14, 2020**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 1539**<br>**United States Bankruptcy Court**<br>**Roybal Federal Building**<br>**255 East Temple Street**<br>**Los Angeles, California 90012**<br><br>**Continued Status Conference:**<br>**Date: September 1, 2020**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 1539** |
| **AND RELATED CROSS ACTIONS AND THIRD PARTY ACTION.** | |

The initial adversary status conference came on regularly for hearing on July 14, 2020, before the Honorable Sheri Bluebond, United States Bankruptcy Judge, in courtroom 1539 of the United States Bankruptcy Court for the Central District of California [Los Angeles Division] ("Bankruptcy Court") in accordance with the "Notice Of Status Conference Re Removal Of Action [LBR 9027-1]," issued on May 22, 2020 [Adv. Docket #5].

Appearing on behalf of Deco Enterprises, Inc. ("Deco"), the chapter 11 debtor and debtor in possession in the underlying chapter 11 case, was its general insolvency counsel, Law Offices of Raymond H. Aver, A Professional Corporation, by Raymond H. Aver, Esquire. Appearing on behalf of defendants Deco and Craig Allen; cross complainants Deco, ABS Capitol, LLC and Babak Sinai; cross defendant Babak Sinai; and third party defendants Siamak Sinai and Craig Allen was their litigation counsel/co-counsel, Mousavi & Lee, LLP, by Amy A. Mousavi, Esquire. Appearing on behalf of Benjamin Pouladian was his bankruptcy counsel, Landau & Landau, by Bruce G. Landau, Esquire. Appearing on behalf of plaintiff, cross defendant, cross complainant and third party plaintiff Benjamin Pouladian; and cross defendant Edith Pouladian was their counsel, Yates Litigation, by John R. Yates, Esquire. Other appearances, if any, are as reflected in the Court's record of the hearing.

The Court having considered the arguments of counsel made at the hearing, having issued a tentative ruling on July 14, 2020, and having been informed that a mediation has been scheduled before JAMS on July 29, 2020, in connection with an

action involving some of the parties to the instant action, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that **August 4, 2020** is the deadline for Edith Pouladian to file and serve a response to the "Cross Complaint For: 1. Breach Of Fiduciary Duty; 2. Constructive Fraud; 3. Embezzlement/Conversion; 4. Breach Of Contract; 5. Reach *[sic]* Of Implied Covenant Of Good Faith And Fair Deadline; 6. Fraud; 7. Abuse Of Control And Corporate Waste; 8. Unjust Enrichment; And 9. Declaratory Relief";

**IT IS FURTHER ORDERED** that **August 18, 2020** is the deadline to file and serve an opposition to the motion to dismiss, if a motion to dismiss is filed;

**IT IS FURTHER ORDERED** that **August 25, 2020** is the deadline to file and serve a reply to any opposition to the motion to dismiss, if a motion to dismiss is filed; and

**IT IS FURTHER ORDERED** that the adversary status conference is continued to **September 1, 2020, at 2:00 p.m.** in courtroom 1539 of the Bankruptcy Court and any motion to dismiss shall be set for the same date and time.

###

Date: July 21, 2020

Sheri Bluebond
United States Bankruptcy Judge