John R. Yates, Esq. (SBN 120344)
YATES LITIGATION
16000 Ventura Boulevard
Tenth Floor, Suite 1000
Encino, California 91436
Tel: (818) 381-5891
Mobile: (213) 300-4425
Email: jyates@yateslitigation.com

Attorneys for Cross-Defendant and
Counterclaimant Pouladian Family Trust
And Plaintiff and Cross-Defendant Benjamin Pouladian

**UNITED STATES BANKRUPTCY COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)**

In re Deco Enterprises, Inc.

Debtor.

---

Benjamin Pouladian,

Plaintiff,

vs.

Deco Enterprises, Inc.; Craig Allen; and Does 1 through 10, inclusive

Defendants.

---

And Related Cross-Actions.

Case No.: 2:20-bk-11846-BB

Adv. No.: 2:20-ap-01126

(Chapter 11)

Honorable Sheri Bluebond
Courtroom 1549 – Roybal Building

**The Pouladian Family Trust's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment as to Eighth, Ninth and Tenth Causes of Action of the Third Amended Cross-Complaint**

Date: June 14, 2022
Time: 2:00 p.m.
Courtroom: 1539
Roybal Federal Building
255 E. Temple St.
Los Angeles, CA 90012



Yates Litigation

After consideration of the papers in support of and in opposition to the Motion for Summary Judgment of cross-defendant Abraham and Delara Pouladian Family Trust Amended and Restated February 24, 2015 ("the Trust") as to ABS Capitol, LLC's Eighth Cause of Action, and Deco Enterprises, Inc.'s Ninth and Tenth Causes of Action, as alleged in the Third Amended Cross-Complaint, the Court pursuant to Bankruptcy Rules of Procedure Rule 7056 and LBR 7056-1 determines that the following findings of fact and law have been established for purposes of this action.

UNCONTROVERTED FACTS

| Uncontroverted Fact | Evidence |
|---|---|
| 1. The Trust filed on February 13, 2020 an action for involuntary corporate dissolution against ABS Capitol, LLC, Babak Sinai and Siamak Sinai in the Los Angeles County Superior Court, LASC Case No. 20STCV06123, Abraham and Delara Pouladian Family Trust Amended and Restated February 24, 2015 v. Siamak Sinai, Babak Sinai; ABS Capitol, LLC, and Does 1 through 5 ("the dissolution action"). | Yates Dec. ¶3. |
| 2. The dissolution action was resolved by a Stipulation to Settlement, which includes a provision at paragraph 3, that ABS Capitol, LLC ("ABS") relinquishes all claims asserted in its cross-complaint against the Trust, or its Trustees individually. | Yates Dec. ¶3, exh. 1 [Stipulation to Settlement] |
| 3. The ABS cross-complaint in the dissolution action asserted a single cause of action called "Clouding of Title" against the Trust and the Trustees, based on the recordation by the Trust of a lis pendens against ABS' real property during the course of the litigation. | Yates Dec. ¶¶3, 4, 5, exh. 2 [ABS Cross-Complaint] |

Yates Litigation

| | |
|---|---|
| 4. In the Third Amended Cross-Complaint in this adversary proceeding, ABS asserts an Eighth Cause of Action against the Trust and the Trustees, called "Clouding Title." That cause of action is identical to the similarly named cause of action in the cross-complaint by ABS in the dissolution action, and also based on the recordation by the Trust of a lis pendens against ABS' real property during the dissolution action. | Yates Dec. ¶¶3, 4, 5, exh. 3 [Eighth Cause of Action of Third Amended Cross-Complaint, pp. 31 – 33] |
| 5. The Trustees of the Trust had no knowledge independently or from Deco Enterprises, Inc. of the alleged potential lenders identified by the Third Amended Complaint, in Deco's Ninth and Tenth Causes of Action against the Trust and the Trustees for intentional and negligent interference with prospective economic advantage. | Pouladian Dec. ¶¶3, 4; Ahdoot Dec. ¶¶2, 3; Yates Dec. ¶6, exh. 4 [Ninth and Tenth Causes of Action of Third Amended Cross-Complaint, pp. 33 – 37] |
| 6. By failing to respond to Requests for Admission, Deco has admitted it never provided the Trustees with any information regarding its alleged economic relationships with the potential lenders identified, that Deco actually never entered into an economic relationship with any of them, and that the recordation of the lis pendens against ABS' property did not disrupt Deco's actually existing economic relationship with Siena Lending Group, LLC. | Yates Dec. ¶¶7, 8, exh. 5 [First Set of Requests to Admission to Deco Enterprises, Inc., RFAs Nos. 15, 16, 17, 18, 19, 20] |
| 7. Deco does not allege in the Third Amended Complaint that the Trust or the Trustees negligently performed any contract in a way that damaged Deco. | Yates Dec. ¶6, exh. 4 [Ninth and Tenth Causes of Action of Third Amended Cross-Complaint, pp. 33 – 37] |



Yates Litigation

| | |
|---|---|
| 8. Deco does not allege in the Third Amended Complaint that any contract to which it was a party was made more difficult to perform by the Trust's recordation of a lis pendens against ABS' real property in the course of the dissolution action. | Yates Dec. ¶6, exh. 4 [Ninth and Tenth Causes of Action of Third Amended Cross-Complaint, pp. 33 – 37] |
| 9. Deco does not allege in its Ninth and Tenth Causes of Action any wrongful action by the Trustees or the Trust, other than recordation of the lis pendens during the dissolution action. | Yates Dec. ¶6, exh. 4 [Ninth and Tenth Causes of Action of Third Amended Cross-Complaint, pp. 33 – 37] |
| 10. The lis pendens was recorded only against real property owned by ABS, and not real property owned by Deco. | Yates Dec. ¶6, exh. 4 [Ninth and Tenth Causes of Action of Third Amended Cross-Complaint, ¶107, p.34] |

CONCLUSIONS OF LAW

| Conclusion of Law | Basis |
|---|---|
| 1. ABS Capitol's Eighth Cause of Action against the Trust and the Trustees for Clouding the Title is barred by the settlement agreement in the Superior Court dissolution action. | Stipulation to Settlement in the Los Angeles County Superior Court, LASC Case No. 20STCV06123, Abraham and Delara Pouladian Family Trust Amended and Restated February 24, 2015 v. Siamak Sinai, Babak Sinai; ABS Capitol, LLC, and Does 1 through 5, paragraph 3. |
| 2. Deco Enterprises' Ninth Cause of Action against the Trust and the Trustees for intentional interference with prospective economic advantage fails because the necessary element of knowledge of the relationship by the defendants cannot be proven. | Seaman's Direct Buying Service, Inc. v. Standard Oil Co., 36 Cal.3d 752, 765 – 766 (1984); Blank v. Kirwan, 39 Cal.3d 311, 330 (1985); Savage v. Pacific Gas & Electric Company, 21 Cal.App.4th 434, 448 (1993). |
| 3. Deco Enterprises' Tenth Cause | National Medical Transport Network v. Deloitte & Touche, 62 Cal.App.4th 412, 440 (1998). |



Yates Litigation

| | |
|---|---|
| of Action against the Trust and the Trustees for negligent interference with prospective economic advantage fails because Deco has failed to allege any wrongful act by the Trustees apart from the recordation of the lis pendens alleged to have caused the interference. | |

IT IS SO ORDERED.

DATED: ______________________ ______________________

HON. SHERI BLUEBOND, JUDGE

Yates Litigation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **The Pouladian Family Trust's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment as to Eighth, Ninth and Tenth Causes of Action of the Third Amended Cross-Complaint** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 28, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Raymond H. Aver** ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **David W. Meadows** david@davidwmeadowslaw.com
- **Amy Mousavi** amousavi@mousavilee.com, admin@mousavilee.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **John R Yates** jyates@yateslitigation.com, jyates@yateslitigation.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On April 28, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 28, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Los Angeles Division
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Suite 1534/Ctrm. 1539
Los Angeles, CA 90012
***via Personal Delivery – Attorney Service***

***via E-mail***

- **Thomas Pistone, Esq.** tpistone@pistonelawgroup.com
- **Saman Sinai** sam@getdeco.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 28, 2022 | Marleigh Singleman | [signature] |
| *Date* | *Printed Name* | *Signature* |