John R. Yates, Esq. (State Bar No. 120344)
YATES LITIGATION
16000 Ventura Boulevard
Tenth Floor, Suite 1000
Encino, California 91436
Tel: (818) 381-5891
Mobile: (213) 300-4425
Email: jyates@yateslitigation.com

Attorneys for Plaintiff, Cross-Defendant, Third-Party Plaintiff and Cross-Complainant Benjamin Pouladian and for Cross-Defendant Pouladian Family Trust

FILED & ENTERED

NOV 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

DECO ENTERPRISES, INC.,

Debtor.

---

BENJAMIN POULADIAN,

Plaintiff,

v.

DECO ENTERPRISES, INC.; CRAIG ALLEN; AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

And Related Cross-Actions.

Case No.: 2:20-bk-11846-BB

Adv. No.: 2:20-ap-01126-BB

(Chapter 11)

Honorable Sheri Bluebond
Courtroom 1539 – Roybal Building

**Order Dismissing Craig Allen from the Adversary Proceeding**

Date: December 13, 2022
Time: 2:00 p.m.
Courtroom 1539

Pursuant to the Settlement Agreement between Benjamin Pouladian and Craig Allen of the claims asserted against Allen by Pouladian in this adversary litigation, which Agreement was fully executed as of August 31, 2022, Benjamin Pouladian requests the Court to order the dismissal of Craig Allen from this adversary litigation.

**IT IS HEREBY ORDERED** that Craig Allen is dismissed from this adversary litigation.

###

Date: November 18, 2022

Sheri Bluebond
United States Bankruptcy Judge