John R. Yates, Esq. (SBN 120344)
YATES LITIGATION
16000 Ventura Boulevard
Tenth Floor, Suite 1000
Encino, California 91436
Tel: (818) 381-5891
Mobile: (213) 300-4425
Email: jyates@yateslitigation.com

Attorneys for Cross-Defendant and
Counterclaimant Pouladian Family Trust
And Plaintiff and Cross-Defendant Benjamin Pouladian

**UNITED STATES BANKRUPTCY COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)**

| | |
|---|---|
| In re Deco Enterprises, Inc.<br><br>Debtor.<br>______________________<br>Benjamin Pouladian,<br><br>Plaintiff,<br><br>vs.<br><br>Deco Enterprises, Inc.; Craig Allen; and Does 1 through 10, inclusive<br><br>Defendants.<br>______________________<br>And Related Cross-Actions. | Case No.: 2:20-bk-11846-BB<br><br>Adv. No.: 2:20-ap-01126<br><br>(Chapter 11)<br><br>Honorable Sheri Bluebond<br>Courtroom 1549 – Roybal Building<br><br>**The Pouladian Family Trust's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment as to Deco Enterprises, Inc,'s Eighth Cause of Action of Fourth Amended Cross-Complaint for Intentional Interference with Economic Advantage**<br><br>Date: May 2, 2023<br>Time: 2:00 p.m.<br>Courtroom: 1539<br>Roybal Federal Building<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

Yates Litigation

After consideration of the papers in support of and in opposition to the Motion for Summary Judgment of cross-defendant Abraham and Delara Pouladian Family Trust Amended and Restated February 24, 2015 (the "Pouladian Family Trust") as to Deco Enterprises, Inc.'s Eighth Cause of Action for Intentional Interference with Economic Advantage, the Court pursuant to Bankruptcy Rules of Procedure Rule 7056 and LBR 7056-1 determines that the following findings of fact and law have been established for purposes of this action.

UNCONTROVERTED FACTS

| Uncontroverted Fact | Evidence |
|---|---|
| 1. The Pouladian Family Trust on February 13, 2020 filed an action in the Los Angeles County Court seeking the dissolution of ABS Capitol, LLC, Case No. 20STCV06123, Abraham and Delara Pouladian Family Trust Amended and Restated February 24, 2015 v. Siamak Sinai, Babak Sinai; ABS Capitol, LLC, and Does 1 through 5, in which the Trust had a 25% membership interest | Yates Dec. ¶3. |
| 2 During the pendency of Case No. 20STCV06123, the Trust recorded a lis pendens against ABS Capitol's real property on March 12, 2020. The lis pendens was ultimately expunged on the basis that it did not state a real property claim. The expungement order was issued on August 20, 2020, and the Notice of Withdrawal recorded promptly thereafter. | Yates Dec. ¶4, exh. 1 [Recorder-stamped lis pendens]. |

| | |
|---|---|
| 3. Deco's Eighth Cause of Action of its Fourth Amended Cross-Complaint for Intentional Interference with Economic Advantage is solely based on the recording of the lis pendens by the Trust. | RJN, pp. 31 – 32, ¶¶95 – 105. |
| 4. Deco asserts that the recordation of the lis pendens caused it $1,500,000 in damages and continuing damages of $500,000 per month. | RJN, p. 32, ¶¶103, 105. |
| 5. Former Deco Chief Operating Officer Craig Allen was designated as the company's Rule 30(b)(6) witness on the subject of damages arising from the recordation of the lis pendens. | Yates Dec. ¶5, exh, 2 [Deposition Notice]; exh. 3 [Craig Allen Dep. 5:8 – 21]. |
| 6. Mr. Allen testified that there was damage to Deco from the recordation of the lis pendens, and that he had at one time had estimated the damage but could not remember the estimate of damages he calculated or the steps he took to reach the estimate. | Yates Dec. ¶6, exh. 4 [Craig Allen Dep. 22:10 – 23:18]. |
| 7. Mr. Allen then that there were various components to the alleged damages, such as inability to purchase new inventory, lost sales, inability to take advantage of opportunities, and ability to retain employees, but conceded that he had not personally investigated the extent of lost sales or lost opportunities for Deco. He indicated that a forensic analysis of the damages would be appropriate. | Yates Dec. ¶7, exh. 5 [Craig Allen Dep. 23:19 – 25:13, 27:10 – 30:10, 30:22 – 31:13]. |
| 8. Mr. Allen then conceded that an expert would be necessary to assess Deco's claimed damages and that he was not an expert. | Yates Dec. ¶8, exh. 6 [Craig Allen Dep. 23:19 – 25:13, 27:10 – 30:10, 30:22 – 31:13]. \ |

Yates Litigation

## CONCLUSIONS OF LAW

| Conclusion of Law | Basis |
| --- | --- |
| Deco's Eighth Cause of Action for Intentional Interference with Prospective Advantage fails because Deco cannot prove the necessary element of damages. | The elements of a claim for intentional interference with prospective economic advantage are the existence of a relationship between plaintiff and a third party which contains a probability of future economic benefits to plaintiff, the defendant's knowledge of the existence of the relationship, and intentional acts by defendant designed to disrupt the relationship, actual disruption, and damages to plaintiff caused by defendant's acts. *See, e.g.,* Blank v. Kirwan, 39 Cal.3d 311, 330 (1985); Savage v. Pacific Gas & Electric Company, 21 Cal.App.4th 434, 448 (1993). |

IT IS SO ORDERED.

DATED: ______________________________

______________________________________

HON. SHERI BLUEBOND, JUDGE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify): **The Pouladian Family Trust's [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment as to Deco Enterprises, Inc.'s Eighth Cause of Action of Fourth Amended Cross-Complaint for Intentional Interference with Economic Advantage** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 14, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Raymond H. Aver** ray@averlaw.com, averlawfirm@gmail.com; ani@averlaw.com; katya@averlaw.com; jesus@averlaw.com
- **David W. Meadows** david@davidwmeadowslaw.com
- **Amy Mousavi** amousavi@mousavilee.com, admin@mousavilee.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **John R Yates** jyates@yateslitigation.com, jyates@yateslitigation.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On March 14, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 14, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond
United States Bankruptcy Court
Los Angeles Division
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Suite 1534/Ctrm. 1539
Los Angeles, CA 90012
***via NWL Messenger***

***via E-mail***
- **Thomas Pistone, Esq.** tpistone@pistonelawgroup.com
- **Saman Sinai** sam@getdeco.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2023 | Marvin J. Ramos | Marvin J. Ramos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |